FILED

2017 DEC -8 AM 10: 03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | MJ 17-3101 |
| v. | |
| DAVID PENA | AFFIDAVIT RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: WARRANT
in the CENTRAL District of ILLINIOIS on 10/03/2017
at 9:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 841
to wit: DISTRIBUTE DRUGS

A warrant for defendant's arrest was issued by: SUE BEITIA

Bond of $NO BAIL was ☒ set / ☐ recommended.

Type of Bond: NO BAIL

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 12/8/2017, by

_____, Deputy Clerk.

Signature of Agent

J BRAVO
Print Name of Agent

U.S.M.S
Agency

DEO
Title

CR-52 (05/98)                 AFFIDAVIT RE OUT-OF-DISTRICT WARRANT