*United States Pretrial Services*

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

P#4319913`

## PASSPORT RECEIPT

```
FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2018
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY
```

Defendant's name: Pena, David

Name on passport, if different:

Country of origin: United States

Date passport issued: July 1, 2009

Expiration date of passport: June 30, 2019

Ordered by court in the Central District of California or (district)

Docket Number: 0753 3:17CR30065-1  / 2:17MJ 3101

Surrendered by and date (print and sign): X _Sam Mitchell_  Samantha Mitchell

Date: 1-26-2018

Received by and date (print and sign): Ninetta Smith, Clerk on 1/26/2018

1/26/18

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 10/5/17

**Headquarters**
Edward R. Roybal Federal Building
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

**Riverside Branch**
George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489

**Santa Ana Branch**
Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570